| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
| | | |

Case: 2:13-cv-12798
Judge: Hood, Denise Page
MJ: Komives, Paul J.
Filed: 06-26-2013 At 12:54 PM
PRIS RANDOLPH TALLEY JR V CREDIT AC
CEPTANCE CORP, ET AL (LG)

## PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

### Plaintiff's Information

Name: **RANDOLPH TALLEY, JR.**
Prisoner No.: **134414**
Place of Confinement: **CENTRAL MICHIGAN CORRECTIONAL FAC.**
Street: **320 HUBBARD**
City: **ST. LOUIS**
State: **MI**
Zip Code: **48880**

Are there additional plaintiffs? ☐ Yes  ☒ No

*If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide names, prisoner numbers and addresses for all plaintiffs.*

### Defendant's Information

Name: **CREDIT ACCEPTANCE CORPORATION & MIDWEST TOWING, et al**
Position: **CHIEF EXECUTIVE OFFICER & WORKERS**
Street/P.O. Box: **25505 W. 12 MILE Rd AND 14666 TELEGRAPH ROAD**
City: **SOUTHFIELD, AND REDFORD**
State: **MI**
Zip Code: **48034 & 48240**

Are you suing this defendant in his/her:  ☒ Personal Capacity  ☐ Official Capacity  ☐ Both Capacities

Are you suing more than one defendant?  ☒ Yes  ☐ No

*If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

## I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes          ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition:              DISMISSED |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition:              DISMISSED |

| Docket or Case Number: |
|---|
| Name of Court: |
| Parties (Caption or Name of Case): |
| Disposition:              DISMISSED |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

SEE ATTACHED PAGES FOR THIS INFO.

THANK YOU.
Talley

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

SEE ATTACHED PAGES FOR THIS INFO..

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

SEE ATTACHED PAGES FOR THIS INFO.

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDOLPH TALLEY, JR.,
   PLAINTIFF,

v.                                      CASE NO.
                                        HON.

ALL CREDIT ACCEPTANCE CORPORATION EMPLOYEES (INVOLVED), et al (MINION) EMPLOYEES INVOLVED, et al (JOINTLY AND SERVERALLY), IN THEIR INDIVIDUAL AND PERSONAL CAPACITIES, AND, ALL MIDWEST TOWING EMPLOYEES, et al (MINION) EMPLOYEES, et al INVOLVED AND RESPONSIBLE, et al, (JOINTLY AND SEVERALLY) IN THEIR INDIVIDUAL AND PERSONAL CAPACITIES,
                  DEFENDANTS.

VERIFIED COMPLAINT
(FOR DAMAGES) WITH
JURY DEMAND

I (RANDOLPH TALLEY, JR) PLAINTIFF DECLARE (UNDER PENALTY OF PERJURY

-1-

AND MY OWN PERSONAL AND COMPETENT INFORMATION, KNOWLEDGE AND BELIEF) IT IS TRUE AND CORRECT THAT:

## INTRODUCTION

THIS IS A CIVIL RIGHTS ACTION FILED BY RANDOLPH TALLEY, JR., A STATE PRISONER, FOR DAMAGES UNDER 42 U.S.C. §1983; 18 U.S.C. § 242; 42 U.S.C. §§ 1981 AND 1982; THE CIVIL RIGHTS ACT OF 1964; M.C.L. 37.2101 (ELLIOT LARSEN CIVIL RIGHTS ACT); ALL (APPLICABLE) FEDERAL AND STATE ANTIDISCRIMIN--ATION LAWS; ALLEGING PERSONAL INJURY, MALICIOUS INJURY, DIRECT INJURY, INJURY IN FACT, PECUNIARY INJURY, WILLFULL AND MALICIOUS INJURY, EXCESSIVE USE OF FORCE IN VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND IN VIOLATION OF PLAINTIFF'S FOUR--TEENTH AMENDMENT UNITED STATES CONSTITUTIONALLY PROTECTED RIGHT TO EQUAL PROTECTION UNDER/OF LAW (AS WELL AS THE MICHIGAN CONSTITUTION OF 1963.

## JURISDICTION

1). THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS UNDER 42 U.S.C. §§ 1331(1) AND 1343, et seq.. 2). THE COURT HAS SUPPLEMENTAL JURIS--DICTION OVER THE PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C. § 1367. THIS ACTION SEEKS TO REDRESS THE DEPRIVATION OF RIGHTS SECURED BY ACTS OF CONGRESS PROVIDING FOR EQUAL RIGHTS OF PERSONS WITHIN THE JURISDICTION OF THE UNITED STATES.

## PARTIES

3). THE PLAINTIFF, RANDOLPH TALLEY, JR., WAS LIVING ON SUSSEX STREET (IN DETROIT, MICHIGAN) DURING THE EVENTS DESCRIBED IN THIS COMPLAINT.

4. DEFENDANTS (KNOWN AND JOHN DOES PRESENTLY UNKNOWN TO PLAINTIFF) ARE "DEFENDANTS" ALL SUED IN THEIR INDIVIDUAL AND PERSONAL CAPACITIES (FOR BOTH CREDIT ACCEPTANCE CORPORATION AND MID--WEST TOWING), ALL INVOLVED AND RESPONSIBLE. THE WORD "DEFENDANT(S)" COVERS EVERYONE(S).

## FACTS

-3-

5). ON JUNE 24, 2010, THE PLAINTIFF WAS CALLED A "STUPID BLACK NIGGER BOY" AND PHYSICALLY BEATEN BY TWO VERY LARGE CAUCASIAN ("WHITE") MALES (IN THE DRIVEWAY OF HIS HOME AT 16185 SUSSEX STREET, DETROIT, MICHIGAN 48235) WITHOUT EX--PLANATION. THEIR NAMES ARE UNKNOWN.

6). PLAINTIFF'S LIFE WAS THREAT--ENED WHEN SAME TWO WHITE MALES STATED, QUOTE; "NIGGER WE WILL GET OUR SHOTGUNS OUT THE TOW TRUCK AND KILL YOUR BLACK ASS IF YOU DON'T BACK OFF OUT OUR WAY", END QUOTE (VERBATIM) FROM BOTH WHITE MALES (JUNE 24, 2010) IN PLAINT--IFF'S DRIVEWAY (AT PLAINTIFF'S HOME).

7). PLAINTIFF ASKED BOTH **MALES** "WHO ARE YOU GUYS", AND WAS THEN HIT IN HIS HEAD WITH A METAL CLIPBOARD (REPEATEDLY) BY ONE OF THE MALES, AS THE OTHER MALE STATED, QUOTE (FROM HIM VERBATIM); "WE ARE FROM MIDWEST TOWING NIGGER AND YOUR BLACK ASS IS GONNA GET A RODNEY KING COWBOY ASS KICKING SINCE YOU

-4-

WANT TO GET IN OUR WAY OF REPO-
-SSESSING THIS TRUCK YOU
PORCH-MONKEY COON NIGGER BASTARD
", END QUOTE (FROM HIM), WHILE
THE OTHER MALE (WHITE GUY) WAS
PUNCHING ME WITH (A CLOSED) FIST
(AND HITTING ME WITH A METAL
CLIPBOARD), IN MY DRIVEWAY
(VERY HARD).

8). THESE TWO (2) "JOHN DOE" DE-
FENDANTS (JOHN DOE) THEN TURNED
(AFTER BEATING ME TO THE CEMENT
DRIVEWAY OF MY HOME), GOT INTO
THE TOW TRUCK (FLATBED), HOISTED
MY TRUCK UP AND WERE PULLING
OFF WHEN I GOT UP OFF THE
DRIVEWAY GROUND AND STEPPED
TO THE DRIVER'S SIDE OF THE
TOW TRUCK AND STATED, QUOTE:
"I WANT YOUR NAMES, WHO YOU
WORK FOR, WHO SENT YOU, WHY AND
TO HAVE YOU REMAIN HERE UNTIL
THE POLICE GET HERE (AND DO
NOT MOVE MY TRUCK — WITH
MY PERSONAL BELONGINGS IN
SAME TRUCK — UNTIL THEN)",
END QUOTE (FROM PLAINTIFF).

9). DEFENDANT JOHN DOE STOPPED
AND STATED (WHILE THE OTHER

-5-

JOHN DOE DEFENDANT WAS HOLDING FLOYD IN THE TOW TRUCK WINDOW AND PUNCHING FLOYD), QUOTE; "MY NAME IS WHITE MASTER TO YOUR BLACK NIGGER, ~~GIGABOO~~, MONKEY, JUNGLE-BUNNY ASS, BOY, I WORK FOR MIDWEST TOWING COMPANY, CREDIT ACCEPTANCE COR--PORATION IS OUR BOSS AND WE ARE NOT WAITING ON THE COPS BECAUSE YOUR DUMB NIGGER BOY ASS WANTS US TO, WE'RE OUT OF HERE WIT ~~YOUR~~ YOUR TRUCK BOY", END QUOTE (FROM DEFENDANT).

10). DEFENDANT THEN GRABBED MY NECK (WITH HIS LEFT HAND) AND PULLED ME INTO THE TOW TRUCK'S WINDOW (WHICH WAS OPEN) WHILE PULLING OUT OF THE DRIVEWAY OF MY HOME AT A HIGH RATE OF SPEED (DRAG--GING ME ON THE CEMENT —— MY FEET, LEGS, HIP AND BACK BEING INJURED IN THE PROCESS ——), AS I WAS DRAGGED ON THE STREET (ALSO), IN FRONT OF MY NEIGHBORS (UNTIL I FELL IN THE STREET, ON SUSSEX, IN DETROIT, MICHIGAN), ON JUNE 24, 2013 (INJURED AND BLEEDING).

20). ON INFORMATION AND BELIEF, DEFEND-ANT'S ACTS, ACTIONS AND DELIB-ERATE OMISSIONS HAVE (AND CONTINUE TO) CAUSED PLAINTIFF PERMANENT DISABILITY.

21). PLAINTIFF IS IN CONSTANT SEVERE PAIN CAUSED BY DEFENDANTS (ALL OF THEM), et al.

22). ALL SUPRA (ABOVE) NAMED DEFEND-ANT'S ACTS, ACTIONS AND OMISS-IONS (NAMED SUPRA HEREIN) RESULTED IN SERIOUS PHYSICAL AND EMOTIONAL INJURY, PAIN AND DAMAGES OUTLINED (HEREIN) SUPRA.

23). THE PLAINTIFF EXHAUSTED ALL ADMIN. REMEDIES.

### CLAIMS FOR RELIEF

24). THE ACTIONS OF DEFENDANTS IN USING PHYSICAL FORCE AGAINST PLAIN-TIFF WITHOUT NEED OR PROVOCATION, OR IN FAILING TO INTERVENE TO PREVENT THE MISUSE OF FORCE, WERE DONE MALICIOUSLY AND SAD-ISTICALLY AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT IN VIOLA-TION OF THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION.

25). THE ACTIONS OF DEFENDANTS JOHN DOE, et al., IN USING PHYSICAL

FORCE AGAINST PLAINTIFF WITHOUT NEED OR PROVOCATION CONSTITUTED THE TORT OF ASSAULT AND BATTERY UNDER THE LAW OF MICHIGAN.

26). THE FAILURE OF SUPERVISORY AND CHIEF EXECUTIVE OFFICERS (C.E.O) DEFENDANTS OF CREDIT ACCEPTANCE CORPORATION AND MIDWEST TOWING TO TAKE DISCIPLINARY OR OTHER ACTION TO CURB THE KNOWN PATTERN OF PHYSICAL ABUSE DURING REPOSSESSIONS OF VEHICLES CONSTITUTES DELIBERATE INDIFFERENCE TO PLAINTIFF'S AND OTHER'S SAFETY, AND CONTRIBUTED TO AND PROXIMATELY CAUSED THE ABOVE DESCRIBED VIOLATION OF EIGHTH AMENDMENT RIGHTS AND ASSAULT AND BATTERY.

### RELIEF REQUESTED

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT GRANT THE FOLLOWING RELIEF:

A). ISSUE A DECLARATORY JUDGMENT STATING THAT:

1). THE PHYSICAL ABUSE OF THE PLAINTIFF BY DEFENDANTS AND DEFENDANT DOE (TOW TRUCK DRIVER)

VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER STATE LAW.

2). DEFENDANTS CREDIT ACCEPTANCE CORPORATION AND MIDWEST TOWING, et al (INVOLVED AND RESPONSIBLE), JOINTLY AND SEVERALLY, FAILURE TO TAKE ACTION TO CURB THE PHYSICAL ABUSE OF PLAINTIFFS VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION AND CONSTITUTED AN ASSAULT AND BATTERY UNDER STATE LAW.

B). AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

1). $5,000,000.00 (FIVE MILLION DOLLARS) JOINTLY AND SEVERALLY AGAINST DEFENDANTS CREDIT ACCEPTANCE CORPORATION, MIDWEST TOWING AND DEFENDANT DOE, et al, FOR THE PHYSICAL AND EMOTIONAL INJURIES SUSTAINED AS A RESULT OF PLAINTIFF'S BEATING (AND DRAGGING).

-11-

C). AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:

1). $5,000,000.00 (FIVE MILLION DOLLARS) AGAINST DEFENDANT CREDIT ACCEPTANCE CORPORATION;

2). $5,000,000.00 (FIVE MILLION DOLLARS) AGAINST DEFENDANT MIDWEST TOWING;

3). $5,000,000.00 (FIVE MILLION DOLLARS) AGAINST DEFENDANT JOHN DOE (TOW TRUCK DRIVER);

&, D). GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS ENTITLED.

DATE: JUNE 19, 2013.

RESPECTFULLY SUBMITTED:

*Randolph Talley, Jr.*
RANDOLPH TALLEY, JR.
320 NORTH HUBBARD ST.
ST. LOUIS, MICH. 48880.

-12-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDOLPH TALLEY, JR. (134414)
PLAINTIFF,

V.                                    CASE NO.
                                      HON.

ALL CREDIT ACCEPTANCE
CORPORATION EMPLOYEES,
et al, AND, ALL MID-
-WEST TOWING EMPLOYEES,
et al, INVOLVED, AND
RESPONSIBLE,

DEFENDANTS.

| PLAINTIFF: RANDOLPH TALLEY, JR. PRO SE (#134414) 320 N. HUBBARD ST. ST. LOUIS, MICHIGAN 48880 | DEFENDANT'S ADDRESS 1). CREDIT ACCEPTANCE CORPORATION 25505 W. 12 MILE RD. SOUTHFIELD, MI. 48034 PHONE: (248) 353-2700 |
| --- | --- |
| | 2). MIDWEST TOWING 14666 TELEGRAPH RD. REFORD, MICH. 48240 PHONE: (313) 538-2100 |

DATE: JUNE 19, 2013

SEE PRECEEDING PAGES,

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on JUNE 19, 2013 (date).

Randolph Talley, Jr.
Signature of Plaintiff

# CIVIL COVER SHEET FOR PRISONER CASES

| Case No. 13-12798 | Judge: Denise Page Hood | Magistrate Judge: Paul J. Komives |
|---|---|---|
| **Name of 1st Listed Plaintiff/Petitioner:**<br>RANDOLPH TALLEY JR | **Name of 1st Listed Defendant/Respondent:**<br>CREDIT ACCEPTANCE CORPORATION, ET AL | |
| **Inmate Number:** 134414 | **Additional Information:** | |
| **Plaintiff/Petitioner's Attorney and Address Information:** | | |
| **Correctional Facility:**<br>Central Michigan Correctional Facility<br>320 N. Hubbard<br>St. Louis, MI 48880<br>GRATIOT COUNTY | | |

**BASIS OF JURISDICTION**
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question

**NATURE OF SUIT**
- ☐ 530 Habeas Corpus
- ☐ 540 Mandamus
- ☒ 550 Civil Rights
- ☐ 555 Prison Conditions

**ORIGIN**
- ☒ 1 Original Proceeding
- ☐ 5 Transferred from Another District Court
- ☐ Other:

**FEE STATUS**
- ☒ IFP *In Forma Pauperis*
- ☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   - ☐ Yes   ☒ No
   - ➢ If yes, give the following information:
       - Court: _____
       - Case No: _____
       - Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   - ☐ Yes   ☒ No
   - ➢ If yes, give the following information:
       - Court: _____
       - Case No: _____
       - Judge: _____